DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACK M. HAMILTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3117

[June 4, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fithteenth Judicial Circuit, Palm Beach County; Jeffrey Colbath, Judge; L.T. Case No. 50-2008-CF-004881-AXXX-MB.

Jack M. Hamilton, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***